■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CORI L. HUBERT, Appellant. [953 NYS2d 536]—Appeal from a judgment of the Niagara County Court (Matthew J. Murphy, III, J.),

rendered June 1, 2011. The judgment convicted defendant, upon her plea of guilty, of criminal sale of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting her upon her plea of guilty of criminal sale of a controlled substance in the fifth degree (Penal Law § 220.31). Contrary to defendant's contention, the record establishes that she knowingly, voluntarily and intelligently waived the right to appeal (*see generally People v Lopez*, 6 NY3d 248, 256 [2006]), and that valid waiver forecloses any challenge by defendant to the severity of the sentence (*see id.* at 255; *see generally People v Lococo*, 92 NY2d 825, 827 [1998]). Present—Smith, J.P., Fahey, Sconiers, Valentino and Whalen, JJ.